UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

PETER M. EBEL
    Petitioner
 v.             **Judgment in a Civil Case**
TRACY JOHNS
    Respondent      Case Number: 5:10-HC-2178-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge .

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

<u>This Judgment Filed and Entered on January 28, 2011, with service on:</u>
Peter M. Ebel 22891-112, Federal Correctional Institution, P.O. Box 1000, Butner, NC 27509 (via U.S. Mail)
Edward D. Gray (via CM/ECF Notice of Electronic Filing)

January 28, 2011          /s/ Dennis P. Iavarone
                  Clerk

Raleigh, North Carolina